# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERALD EDWARDS,**  Plaintiff, | : : : |
| v. | : **CIVIL ACTION NO. 19-CV-1897** |
| **SANDRA MORGAN,**  Defendant. | : : : |

## ORDER

AND NOW, this 5th day of June, 2019, upon consideration of Plaintiff Gerald Edwards's Motion to Proceed *In Forma Pauperis* (ECF No. 4) and *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. Mr. Edwards's claims challenging his state-court proceedings are **DISMISSED without prejudice** to the filing of a new complaint against an appropriate party in the event Mr. Edwards's citations are ever vacated or overturned.

4. Mr. Edwards may proceed at this time on the Fourth Amendment claim(s) against Defendant Sandra Morgan related to her alleged visits to his property on July 12, 2018 and October 22, 2018.

5. The Clerk of Court shall issue a summons.

6. The United States Marshal for the Eastern District of Pennsylvania shall serve the summons, the Complaint, and a copy of this Order and accompanying Memorandum upon Ms. Morgan at no cost to Mr. Edwards. Mr. Edwards will be required to complete a USM-285 form

so that the Marshals can serve Ms. Morgan. Failure to complete that form may result in dismissal of this case for failure to prosecute.

BY THE COURT:

_____
GENE E.K. PRATTER, J.