## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD EDWARDS,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SANDRA MORGAN,** | : | **No. 19-1897** |
| *Defendant* | : | |

## O R D E R

**AND NOW**, this 23rd day of November, 2020, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 11), Plaintiff's Responses to the Motion for Summary Judgment (Doc. Nos. 15, 17, 18, 19, 20), Plaintiff's Notice (Doc. No. 21), Defendant's Motion to Strike (Doc. No. 22), and Plaintiff's Response to the Motion to Strike (Doc. No. 23), it is

**ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 11) and Defendant's Motion to Strike (Doc. No. 22) are **GRANTED**. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

**BY THE COURT:**

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1